**DISMISS; and Opinion Filed January 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00994-CV

**PHILLIP LOCKHART, Appellant**
**V.**
**GREEN TREE SERVICING LLC, ET AL, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09907**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

The clerk's record in this case is overdue. By letter dated August 20, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal for want of prosecution. To date, appellant has not provided the required documentation or otherwise communicated with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).



/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE


130994F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PHILLIP LOCKHART, Appellant

No. 05-13-00994-CV     V.

GREEN TREE SERVICING LLC, ET AL, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-09907.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees GREEN TREE SERVICING LLC, ET AL recover their costs of this appeal from appellant PHILLIP LOCKHART.

Judgment entered this 10th day of January, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE